MICHAEL L. MATUSKA
BROOKE SHAW ZUMPFT
State Bar No. 5711
1590 Fourth Street
Minden, Nevada 89423
Telephone: (775) 782-7171
Facsimile: (775) 782-3081

Attorneys for Defendants FMFG Corp. and Kurt Cuddy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FMFG, Inc., a Nevada Corporation, als d/b/a ) <br> American Adjustable Beds, Tranquility ) <br> Adjustable Beds, and California Sleep ) <br> Research; and KURT CUDDY, individually ) <br> and as an officer and director of FMFG, Inc., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV-N-05-0711-LRH-VPC <br><br> **STIPULATED ORDER FOR EXTENSION OF TIME** |

It is hereby stipulated between the undersigned counsel for Plaintiff and undersigned counsel for Defendants that Defendants filed their motion to dismiss, Plaintiff filed its Opposition, and Defendants shall now have until 18 April to file their Reply to Plaintiff's Opposition.

Counsel for Defendants:                         Counsel For Plaintiff:


_____/s/_____                         PETER D. KEISLER, JR.
MICHAEL L. MATUSKA                              Assistant Attorney General
Brooke • Shaw • Zumpft                          Civil Division
P.O. Box 2860
Minden, NV 89423                                DANIEL G. BOGDEN
                                                United States Attorney

                                                EUGENE M. THIROLF
                                                Director
                                                Office of Consumers Affairs

-1-

```
                                        /s/
                                _____
                                SUZETTE SMIKLE
                                Trial Attorney
                                U. S. Department of Justice
                                Office of Consumer Litigation
                                P.O. Box 386
                                Washington, D. C.  20044
                                Phone:  202-307-0052
                                Fax:  202-514-8742
                                suzette.smikle@usdoj.gov

                                Of Counsel:
                                JEFFREY A. KLURFELD
                                Regional Director
                                Western Region
                                FEDERAL TRADE COMMISSION

                                SARAH SCHROEDER
                                Attorney, Federal Trade Commission
                                901 Market Street, Ste. 570
                                San Francisco, CA 94103
                                Phone:  415-848-5100
                                Fax:  415-848-5184
```

IT IS SO ORDERED.

DATED this 15th day of April, 2006.

_____
 THE HONORABLE LARRY R. HICKS
 United States District Judge

BROOKE · SHAW · ZUMPFT
POST OFFICE BOX 2860
MINDEN, NEVADA 89423
(775) 782-7171